THE BOARD OF COMMISSIONERS OF HUNTINGTON COUNTY
*v.* BROWN.

APPEAL from the *Huntington* Court of Common Pleas.

*Per Curiam.*—This was a proceeding involving the same questions that have already been decided at this term in a case of the same appellants against *Weasner;* and for the reasons therein given the judgment is reversed at the cost of the appellee (1).

*J. U. Pettit* and *C. Cowgill*, for the appellants.